**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**AT LOUISVILLE**

**DAVID COLLINS, ET AL**                                       **PLAINTIFFS**

**vs.**                                   **CIVIL ACTION NO.  3:16CV-227-CRS**

**KINDRED HEALTHCARE, INC.**                          **DEFENDANT**

## ORDER

The parties having filed a Joint Stipulation to Dismiss with Prejudice (DN 38), and the

Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** that this case is **DISMISSED** from the Court's docket with

prejudice.  Except as otherwise agreed by the parties in writing, all parties shall bear their own

costs and attorneys' fees relating to this action.

Dated:

cc:  Counsel of Record